IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII ELECTRICIANS ANNUITY FUND**, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Peter Akamu; **HAWAII ELECTRICIANS HEALTH AND WELFARE FUND**, by its Trustees, Ronald Yee, Jody Hanamoto, Rodney Chun, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; **HAWAII ELECTRICIANS PENSION FUND**, by its Trustees, Ronald Yee, James Yamada, Jr., Jody Hanamoto, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; **HAWAII ELECTRICIANS TRAINING FUND**, by its Trustees, Daryl Suehiro, Stephen Duarte, Phillip Lucero, Peter Akamu, Damien T. K. Kim, Tracy Hayashi; **HAWAII ELECTRICIANS SUPPLEMENTARY UNEMPLOYMENT BENEFITS FUND**, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steve Watanabe, Peter Akamu, Damien T. K. Kim, Dennis Kaloi; **HAWAII ELECTRICIANS VACATION AND HOLIDAY FUND**, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steve Watanabe, Damien T. K. Kim, Peter Akamu, Tracy Hayashi; **HAWAII ELECTRICIANS PREPAID LEGAL FUND**, by its Trustees, Jody Hanamoto, Steven Tanaka, Rodney Chun, Tracy Hayashi, | CIV. NO. 14-00380 JMS-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| Dennis Kaloi, Damien T. K. Kim; **HAWAII ELECTRICIANS MARKET ENHANCEMENT PROGRAM FUND**, by its Trustees, Daryl Suehiro, Stephen Duarte, Robert Hanamoto, Damien T. K. Kim, Robert Aquino, Brian Lee, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| **FORCE ELECTRIC INC.**, a Hawaii corporation; **GLENN Y. GUSHI**, individually, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 27, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST

///

///

2

DEFENDANTS FORCE ELECTRIC, INC. AND GLENN Y. GUSHI," Doc. No. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 24, 2015.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Hawaii Electricians Annuity Fund, et al. v. Force Elec. Inc., et al.*; Civ. No. 14-00380 JMS-BMK, Order Adopting Magistrate Judge's Findings and Recommendation